IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WESTERN STAR HOSPITAL AUTHORITY INC.**, trading and doing business as **METRO HEALTH EMS**,      Plaintiff : : : : : : : : : : | No. 1:21-cv-00524 (Judge Kane) |
| v. | |
| **SUSAN MCCAFFREY, et al.,**      Defendants | |

# ORDER

**AND NOW**, on this 23rd day of March 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** the five (5) pending motions to dismiss filed by the thirteen named Defendants in this action (Doc. Nos. 36-38, 52, 63) are **GRANTED** to the following extent:

1. Plaintiff's claims asserted against Defendants Susan McCaffrey, Laura Baumgart, Barbara Forsha, Robert Schollaert, and David Utter are **DISMISSED WITH PREJUDICE**, and the Clerk of Court is directed to **TERMINATE** these five (5) Defendants from the above-captioned action;

2. Plaintiff's claims asserted in Count I of its complaint against the remaining eight (8) Defendants[1] are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file, within thirty (30) days of the date of this Order, an amended complaint correcting the pleading deficiencies identified in the Memorandum issued concurrently with this Order; and

3. Plaintiff's claims asserted in Count II of its complaint against the same remaining eight (8) Defendants identified in paragraph 2 of this Order are **DISMISSED WITH PREJUDICE**.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania

---

[1] These eight (8) Defendants include: (1) University of Pittsburgh Medical Center; (2) University of Pittsburgh Medical Center Medcall; (3) Medevac Ambulance; (4) Aaron Rhone; (5) Travis Woodyard; (6) Brian Shaw; (7) Amos Cameron; and (8) Myron Rickens.